THE U.S. DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION


BRUCE COMMITTE,

        PLAINTIFF,

VS.                CASE NO. ___5:15-zu-86-RS-GRJ___

THE BOARD OF TRUSTEES
OF THE FLORIDA STATE
UNIVERSITY, A/K/A/
FLORIDA STATE UNIVERSITY,

ALLAN BENSE,

ERIC J. BARRON,

GARNETT S. STOKES,        **COMPLAINT OF AGE
DISCRIMINATION IN
CARYN L. BECK-DUDLEY,     **EMPLOYMENT AND
VIOLATION OF US
MARTIN "BUD" FENNEMA,    **CONSTITUTION
GUARANTEE OF THE
FRANK HEFLIN,            **RIGHT TO EQUAL
PROTECTION OF THE
JEFFREY PATERSON,       **LAWS**

Page -1-

ALLEN BAY, and

RICHARD MORTON.

_____/

## Preliminary Matters

1. Plaintiff Pro Se, Bruce Committe, files this complaint for (1) age discrimination in employment and (2) violation of his U.S. constitutional guaranteed right to equal protection of the laws **against** (A) The Board of Trustees of the Florida State University (which is the legal name of what is also known as Florida State University also known as FSU); (B) Allan Bense, chair of the Board of Trustees of the Florida State University, ( C) Eric J. Barron, the President of FSU at all times relevant to this complaint but not president at this time; (D) Garnett S. Stokes, Vice President and Executive Vice President of FSA at all times relevant to this complaint but not so employed at this time; (E) Caryn L. Beck-Dudley, Dean of the FSU College of Business at all times relevant to this complaint; (F) Martin "Bud" Fennema, former chairperson of the

academic Department of Accounting and of its faculty search committee at all times relevant to this complaint; (G) Frank Heflin, former member of the academic Accounting Department faculty search committee at all times relevant to this complaint; (H) Jeffrey Paterson, former member of the academic Accounting Department faculty search committee at all times relevant to this complaint; (I) Allen Bay, former member of the academic Accounting Department faculty search committee at all times relevant to the complaint, and (J) Richard Morton, former member of the academic Accounting Department faculty search committee at all times relevant to this complaint.

2.   This action is brought pursuant to (A) the Age Discrimination in Employment Act (hereinafter "ADEA"), 29 USC §621 et seq. As amended as well as (B) 42 USC 1983, U.S. civil rights statute.

3.   This court has jurisdiction of this complaint under 29 USC §626( c) Title VII, Civil Rights Act of 1964, 42 USV §2000e-5 et seq. as amended, and 28 USC §§1331 and 1343.   Venue for the acts alleged

below is proper in this District as that is where the alleged wrongdoing

occurred.

4.   Plaintiff BRUCE COMMITTE's date of birth is October 1952,

and at the time of these events in this complaint (approximately August

2013) he resided at 8870 Thunderbird Dr., Pensacola, FL 32514; he now

resides at 1616 E. Brainerd St, Pensacola, FL 32503.

5.   The main campus of FSU, its College of Business, and the

subject academic Department of Accounting are all located in

Tallahassee, Florida.

6.   Former President of FSU Eric J. Barron is now President of

Penn State University located in the State of Pennsylvania.

7.   Former Provost and Executive Vice President Garnett S. Stokes

is now Vice Chancellor and  Provost of the University of Missouri

located in Columbia, Missouri.

8.   Caryn L. Beck-Dudley was at all times relevant to this

complaint, and  remains today, the Dean of the FSU College of Business.

9. Martin "Bud" Fennema was at all times relevant to this complaint chairperson of the academic Department of Accounting in the College of Business at FSU and was the Chair of the Accounting Department faculty search committee at all times relevant to this complaint.

10. Frank Heflin was at all times relevant to this complaint a faculty member of the Department of Accounting and a member of its faculty search committee.

11. Jeffrey Paterson was at all times relevant to this complaint a faculty member of the Department of Accounting and a member of its faculty search committee.

12. Allen Bay and Richard Morton were at all times relevant to this complaint faculty members of the academic Department of Accounting and a member of its faculty search committee.

13. Defendant FSU employs more than 1,000 persons.

14. Defendant FSU is an employer as defined by Title VII, 42

USC §2000(e) et seq.

15.  Defendants Beck-Dudley, Fennema, Heflin, Paterson,  Bay, and Morton by their malicious and intentional and concerted actions discriminated against the Plaintiff Bruce Committe on the basis of his age, in violation of the ADEA, and thereby violated his U.S. Constitution protected right to equal protection of the laws, when all of them decided not to hire him as an accounting faculty member for the faculty employment position to which he applied which job was to begin approximately August 2013.

16.  College of Business Dean Beck-Dudley acted in gross disregard and  deliberate indifference of Plaintiff's right to be free of age discrimination in the consideration of his application for the Accounting Department faculty position being recruited for a Fall employment start date of approximately August 2013 when she (1) herself deliberately did not follow FSU policies for making new faculty hire decisions, did not require the Accounting Department faculty search committee to follow

them, and deliberately allowed the Accounting Department search committee to ignore FSU's written policies against unlawful discrimination in employment decisionmaking, including age discrimination against the Plaintiff.

17.  FSU's, President Eric J Barron's, Provost and Vice President Garnett S. Stokes', and College of Business Dean Beck-Dudley's decided, in gross and reckless disregard of the rights of plaintiff to be free of age discrimination and to equal protection of the laws, to allow (1) the academic Department of Accounting not to follow FSU faculty hiring policies for choosing among applicants the new faculty member for hire in the Accounting Department in this case and (2) not following that policy in their own decision making regarding the hiring of the new faculty member in this case.

18.  But for the age discrimination and denial of equal protection of the laws, as alleged above, Bruce Committe would have been hired instead of the person actually hired.

19.   Excluding the application of Bruce Committe from consideration for the purposes of this paragraph,  the person(s) hired instead of Bruce Committe was the most qualified of all the applicants for the position to which Bruce Committe applied.

20.  All requirements precedent for bringing the complaints in this case have been met.

## COUNT I

## AGE DISCRIMINATION IN EMPLOYMENT

## (ADEA) VIOLATION

In this count Plaintiff sues FSU.

21.  This count incorporates paragraphs 1 to 20 above as if stated in full here.

22.   Plaintiff Bruce Committe submitted an application for employment as a faculty member in the academic Department of Accounting in the College of Business at FSU for a tenure track faculty position which was to begin in August 2013.

23.  In considering Plaintiff 's application and the applications of others, FSU decided not to hire Plaintiff and did not hire him.

24.   In FSU's decision not to hire Plaintiff, FSU discriminated against Plaintiff on the basis of his age in violation of the ADEA.

25.   But for the age discrimination, FSU would have hired Bruce Committe.

WHEREFORE, Plaintiff demands equitable damages in the form of (1) a declaration that Plaintiff has suffered age discrimination in employment by FSU, (2) an order that FSU appoint Plaintiff to the FSU faculty as a tenured associate level faculty member in accounting, or in any other discipline upon the agreement thereto with Plaintiff, with all the pay, rights, and benefits thereunto appertaining, plus court costs and attorney's fees, and (3) an injunction ordering that the Department of Accounting cease discriminating against new faculty hires, and faculty already in the Accounting Department, on the basis of their age. Plaintiff also demands costs and attorneys fees.

COUNT II

42 USC 1983–VIOLATION OF THE US CONSTITUTION'S

14TH AMENDMENT'S GUARANTEE OF EQUAL

PROTECTION OF THE LAWS

In this count Plaintiff Bruce Committe sues Allan Bense, Eric J.

Barron, Garnett S. Stokes, Caryn L. Beck-Dudley, Martin "Bud"

Fennema, Frank Heflin, Jeffrey Paterson, Allen Bay, and Richard

Morton.

26.   This count  incorporates paragraphs 1 to 25 above as if stated

in full here.

27.    Allan Bense, Eric J. Barron, Garnett S. Stokes, Caryn L.

Beck-Dudley, Martin "Bud" Fennema, Frank Heflin, Jeffrey Paterson,

Allen Bay, and Richard Morton were all state actors of the State of

Florida, at all times relevant to this complaint, and thus those actions

alleged in this complaint all occurred under color of law of the State of

Florida in that the named defendants were all employees of the State of

Florida.

28.  Each of the defendants mentioned in par. 27 above are sued in their individual capacities.

29.  All of the defendants mentioned in par. 27 above acted in concert to discriminate against Plaintiff Bruce Committe on the basis of his age which resulted in  FSU's decision  not to hire him, and such basis was an irrational basis

30.  The decisions of all defendants not to recommend Plaintiff for hire and not to hire him was irrational.

31.   The deliberate decisions, by all of the defendants mentioned in par. 27 above, not to follow FSU policy for use in hiring new faculty and instead to discriminate against the Plaintiff on the basis of his age, were a gross disregard of Plaintiff's right to equal protection of the laws otherwise guaranteed him by the Fourteenth Amendment to the U.S. Constitution.

32.  Defendants Bense's, Garnett's, Beck-Dudley's, Fennema's,

Heflin's, Paterson's, Bay's, and Morton's denial of Plaintiff's right to equal protection of the laws has resulted in Plaintiff's loss of pay, loss of other employment benefits that he would have received if he had been hired, and humiliation.

WHREFORE, Plaintiff demands judgment in Favor of Plaintiff Bruce Committe and joint and several against defendants Allan Bense, Eric J. Barron, Garnett S. Stokes, Caryn L. Beck-Dudley, Martin "Bud" Fennema, Frank Heflin, Jeffrey Paterson, Allen Bay, and Richard Morton for the following damages:

A.  Actual damages as lost past income and cash equivalent of employment benefits to date;

B.  Front pay at the level of an Associate Professor of Accounting at FSU for 3 years and then at the level of full professor for 10 years and then appointment thereafter as Professor Emeritus with all the pay and benefits thereunto appertaining;

C.  Cash equivalent of lost employment benefits, including, but

not limited to, summer pay, research support funds, health, life, and other insurnace support, and professional development funds;

    D.  An injunction ordering FSU to follow its own written policies in making faculty hire decisions;

    E.  Puntive Damages greater than $500,000; and

    E.  A declaration that each of the defendants named in this case, including FSU, denied Plaintiff Bruce Committe equal protection of the laws when it discriminated against him on the basis of age with regard to his Application for a faculty position which was to start August 2013.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES, AND THIS MEANS THERE WILL BE NO SUMMARY JUDGMENT MOTIONS ALLOWED IN LIGHT OF THE U.S. CONSTITUTION'S GUARANTEE OF A JURY TRIAL.  THE PEOPLES RIGHT TO A JURY TRIAL IS INVIOLATE.

Respectfully submitted by

Bruce Committe
1616 E. Brainerd St
Pensacola, FL 32503
Ph 850 206 3756
Becommitte@hotmail.com
Plaintiff Pro Se

THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE COMMITTE,
        PLAINTIFF,

VS.                        CASE NO. 5:15 CV 8 RS-DRJ

THE BOARD OF TRUSTEES
OF THE FLORIDA STATE
UNIVERSITY, A/K/A/
FLORIDA STATE UNIVERSITY,
ET AL.,
        DEFENDANTS.
_____/

ADDRESSES OF DEFENDANTS FOR SERVICE OF
PROCESS

The Board of Trustees of the
Florida State University
c/o
Allan Bense, Chairman of the Board
1405 West Beach Drive
Panama City, FL 32401

Allan Bense (in his individual capacity)
1405 West Beach Drive
Panama City, FL 32401

Page -1-

Eric Barron, President
Penn State University
The Pennsylvania State University
201 Old Main
University Park, PA 16802


Garnett S. Stokes, Provost
University of Missouri
114 Jessee Hall
Columbia, MO 65211


Martin "Bud" Fennema
Department of academic Accounting
Room 309B, Rovetta Business Annex
College of Business
Florida State University
Tallahassee, FL 32300


Allen Bay
Department of academic Accounting
Room 411, Rovetta Business Annex
College of Business
Florida State Universtiy
Tallahassee, FL 32300

Frank Heflin

Department of academic Accounting

Room 420, Rovetta Business Annex

College of Business

Florida State University

Tallahassee, FL 32300


Jeffrey Paterson

Room 423, Rovetta Business Annex

College of Business

Florida State University

Tallahassee, FL 32300


Richard Morton

Room 421, Rovetta Business Annex

College of Business

Florida State University

Tallahassee, FL 32300

Respectfully submitted by

Bruce Committe

1616 E. Brainerd St

Pensacola, FL 32503

Becommitte@hotmail.com

PH 850 206 3756

Plaintiff,  Pro Se

Page -3-



Burr Committee
1616 E. Brainerd St
Pensacola, FL 32503

ADRESS SERVICE
REQUESTED

U.S. POSTAGE
PAID
PENSACOLA, FL
32503
APR 15, 15
AMOUNT
$1.61
00117897-08

1000      32301

Clerk
US District Court
111 N. Adams St
Tallahassee, FL 32301-7730

LGF

PRSRT FIRST-CLASS