IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE COMMITTEE,

    Plaintiff,

v.                                               Case No.  4:15cv228-MW/CAS

BOARD OF TRUSTEES OF THE
FLORIDA STATE UNIVERSITY,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 56.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Plaintiff's motion to file a second amended complaint, ECF No. 54, is **DENIED** as futile.   This case shall proceed on the first amended complaint and is

1

**REMANDED** to the Magistrate Judge for further proceedings, including review of the pending motions to dismiss.

**SO ORDERED on August 11, 2016.**

s/Mark E. Walker               ____
**United States District Judge**
