IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRUCE COMMITTE,**

       **Plaintiff,**

v.                                      Case No.  **4:15cv228-MW/CAS**

**BOARD OF TRUSTEES OF THE
FLORIDA STATE UNIVERSITY, et al.,**

       **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

      This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 60, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 62. Accordingly,

    IT IS ORDERED:

      The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "All of the motions to dismiss, ECF Nos. 21, 38, 39, 42, and 51 are **GRANTED**.  The

1

first amended complaint, ECF No. 11, is **DISMISSED**." The Clerk shall close the file.

    **SO ORDERED on September 15, 2016.**

                                        <u>**s/Mark E. Walker**</u>                
                                        **United States District Judge**